DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSSELL DEPASQUALE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3321

[December 20, 2018]

Appeal of order denying rule 3.800(a) from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case Nos. 06-16972CF10A, 06-20348CF10 and 07-11032CF10A.

Russell DePasquale, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***